## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Neftali Valdes, Federal Bureau of Investigation (FBI), San Juan Division, East Resident Agency, being duly sworn, do hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation ("FBI") and have been so employed since May 2017. Prior to my assignment with the FBI, I served as a Special Agent for the Air Force Office of Special Investigations for approximately five (5) years. I am currently assigned to the San Juan Division, East Resident Agency (ERA), to investigate violent crimes ("VC").

2. Affiant has personally participated in this investigation and the information in this affidavit has been learned either through personal knowledge, witness testimony, or by discussion with other law enforcement personnel familiar with the facts of this case.

3. Affiant has specialized training and/or experience in the area of VC. During Affiant's time as a Special Agent with the FBI, Affiant has participated in VC investigations as the primary investigator or in a subsidiary role. Affiant is familiar with procedures, activities, and investigative techniques associated with VC.

4. The information in this Affidavit is based on interviews and information obtained from cooperating persons involved in the investigation, information received from other law enforcement agents, Affiant's experience and training, and the experiences of other sworn law enforcement agents.

5. This affidavit is made in support of a criminal complaint charging **(1) CHRISTIAN OMAR MARQUEZ CRUZ and ANTHONY VISALDEN ROSADO** with a violation of Title 18, United States Code, Section 1951 – *Interference with commerce by threats or violence;* Title

*Affidavit In Support Of Criminal Complaint*

*1*

18 USC, Section 924(c)(1)(B)(ii) – *Possession of a Machinegun in Furtherance of a Crime of Violence*; Title 18 USC, Section 924(c)(1)(A)(i) – *Possession of a Firearm in Furtherance of a Crime of Violence*, and 18 U.S.C. § 2 (aiding and abetting). Because this affidavit's limited purpose of establishing probable cause, it does not contain all the facts to Affiant or other law enforcement officers about the investigation, but only those necessary to sustain a probable cause determination.

6. Based upon my personal knowledge and information furnished to me by other federal and state law enforcement officers, I am fully aware, and allege the following facts to be true and correct.

## FACTS IN SUPPORT OF PROBABLE CAUSE

7. On March 14, 2018, at approximately 9:30 a.m., Police of Puerto Rico (POPR) agents from the Caguas Area, responded to a burglary in progress at a residence located in Gurabo, Puerto Rico (PR). While responding to the residence, POPR agents witnessed two (2) individuals running away from the residence and jumping over a fence located on the rear side of the residence. The two (2) individuals ran towards a wooded area near the fence. POPR agents were able to track the two (2) individuals and arrest them. The two subjects were identified as **(1) CHRISTIAN OMAR MARQUEZ CRUZ, and (2) ANTHONY VISALDEN ROSADO.** While conducting their investigation, POPR agents discovered there were two victims inside the residence whose hands and feet were tied. Both victims had duct tape over their mouths.

8. The owner of Villa Victoria Auto Sales, a car dealership located in Caguas, PR, lived in the residence. Villa Victoria Auto Sales sells items (cars) that have been imported to Puerto Rico via interstate or foreign commerce. The owner of the dealership used his residence to

*Affidavit In Support Of Criminal Complaint*

2

store certain assets of the business—namely, dealership earnings. He kept approximately $45,000 at his house in order to continue his daily dealership operations, particularly after the problems with accessibility to banks in the aftermath of Hurricane Maria.

9.  At the beginning of the incident, the two subjects approached the housekeeper outside of the residence, while they were wearing dark clothing, mask, gloves. They were both brandishing guns and forced her at gunpoint inside.

10. The second victim, the owner of the residence, arrived at approximately 9:20 a.m. One of the subjects came out the front door, gun in hand, and told her to get out the vehicle. He then walked her to the master bedroom where the first victim was located.

11. One of the subjects told the second victim that he knew her husband was the owner of Villa Victoria Auto Sales car dealership located in Caguas. He further said that he knew that there was money in the residence.

12. The victim told the subjects the money was located in a safe. They instructed her to open the safe and they took the contents.

13. Two (2) handguns were recovered near the fence where the two (2) subjects jumped the fence. One black in color, GLOCK 23 C, .40 mm, Serial Number DTB 303, and one black in color, GLOCK 22, .40 mm, Serial Number BUW 587. The Glock 23 C, .40 mm, Serial Number DTB-303 was altered with a "Chip," that allows the firearm, which was originally fire semi-automatic, to fire fully automatic. The chip is located on the slide of the weapon and is visible to the naked eye. The chip is a different color than the rest of the exterior of the black Glock pistol.

*Affidavit In Support Of Criminal Complaint*

14. Based on my training and experience, I know that no firearms are manufactured in the District of Puerto Rico. Therefore, the firearms in question were shipped in interstate or foreign commerce.

## CONCLUSION

15. Based on the above facts, there is probable cause to believe that **(1) CHRISTIAN OMAR MARQUEZ CRUZ and ANTHONY VISALDEN ROSADO** with a violation of Title 18, United States Code, Section 1951 – *Interference with commerce by threats or violence;* and Title 18 USC, Section 924(c)(1)(B)(ii) – *Possession of a Machinegun in Furtherance of a Crime of Violence*; Title 18 USC, Section 924(c)(1)(A)(i) – *Possession of a Firearm in Furtherance of a Crime of Violence*, and 18 U.S.C. § 2 (aiding and abetting).

16. Affiant hereby declares that the foregoing is true and correct to the best of Affiant's knowledge pursuant to the investigation conducted in this matter.

Neftali Valdes
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on the 15th day of March, 2018, in San Juan, Puerto Rico.

Honorable Marcos López
United States Magistrate Judge
United States District Court
District of Puerto Rico

*Affidavit In Support Of Criminal Complaint*