IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>CHRISTIAN OMAR MARQUEZ-CRUZ,<br>ANTHONY LOUIS VISALDEN-ROSADO,<br>Defendants. | **INDICTMENT**<br><br>CRIMINAL NO. 18- 206(ADC)<br><br>VIOLATIONS:<br>18 U.S.C. § 924(c)(1)(B)(ii)<br>18 U.S.C. § 924(c)(1)(A)(ii)<br>18 U.S.C. § 1951(a)<br>18 U.S.C. § 924(l)<br><br>FOUR COUNTS |

THE GRAND JURY CHARGES:

## COUNT ONE
**Brandishing of a Machinegun During and in Relation to a Crime of Violence**
(Title 18, United States Code, Section 924(c)(1)(B)(ii))

On or about March 14, 2018, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendants,

**CHRISTIAN OMAR MARQUEZ-CRUZ,
ANTHONY LOUIS VISALDEN-ROSADO,**

aiding and abetting one another, did knowingly use, carry, and brandish a firearm capable of firing more than one round of ammunition, without manual reloading, by the single function of the trigger, to wit: a model 23C, .40 caliber Glock pistol bearing serial number DTB303, during and in relation to a crime of violence that may be prosecuted in a Court of the United States, that is, interference with commerce by robbery as charged in Count Three of this Indictment. All in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii) and 2.

## COUNT TWO
**Brandishing of Firearms During and in Relation to a Crime of Violence**
(Title 18, United States Code, Section 924(c)(1)(A)(ii))

On or about March 14, 2018, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendants,

**CHRISTIAN OMAR MARQUEZ-CRUZ,**
**ANTHONY LOUIS VISALDEN-ROSADO,**

aiding and abetting one another, did knowingly use, carry, and brandish firearms, to wit: a model 23C, .40 caliber Glock pistol bearing serial number DTB303, and a model 22, .40 caliber Glock pistol bearing serial number BUW587, during and in relation to a crime of violence that may be prosecuted in a Court of the United States, that is, interference with commerce by robbery as charged in Count Three of this Indictment. All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT THREE
**Interference with Commerce by Robbery**
(Title 18, United States Code, Section 1951(a))

At all times relevant to this Indictment, Villa Victoria Auto Sales was a commercial car dealership located in Caguas, Puerto Rico that was engaged in commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3).

On or about March 14, 2018, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendants,

**CHRISTIAN OMAR MARQUEZ-CRUZ,**
**ANTHONY LOUIS VISALDEN-ROSADO,**

aiding and abetting one another, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section

1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain in excess of $30,000 in U.S. currency, money belonging to, and destined to further the commercial activities of, Villa Victoria Auto Sales, from the person and in the presence of two adult females against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future to their persons. All in violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT FOUR
**Stealing of Firearms**
(Title 18, United States Code, Section 924)(l))

On or about March 14, 2018, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendants,

**CHRISTIAN OMAR MARQUEZ-CRUZ,
ANTHONY LOUIS VISALDEN-ROSADO,**

aiding and abetting one another, did unlawfully steal firearms that had moved in interstate and foreign commerce, to wit: a model Kimber Pro-Carry II, .45 caliber pistol bearing serial number KR81906, and a model Taurus PT 111, 9mm caliber pistol bearing serial number TVH60765. All in violation of Title 18, United States Code, Sections 924(l) and 2.

**INTENTIONALLY LEFT BLANK**

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of any offense alleged in Count One or Count Two of this Indictment, **Christian Omar Marquez-Cruz** and **Anthony Louis Visalden-Rosado**, the defendants, shall shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a model 23C, .40 caliber Glock pistol bearing serial number DTB303, and a model 22, .40 caliber Glock pistol bearing serial number BUW587. All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 3/22/18

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

Timothy R. Henwood
First Assistant United States Attorney

Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Violent Crimes Unit

Alexander L. Alum
Assistant United States Attorney

4