TRULINCS 51860069 - MARQUEZ-CRUZ, CHRISTIAN OM - Unit: COL-B-C

---

FROM: 51860069
TO: Marquez, Carla
SUBJECT: Mocion
DATE: 01/13/2022 07:14:56 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,

    Plaintiff,

v.

Christian Omar Marquez Cruz,

    Defendant.

Case Nos.: 18-206(ADC)
            18-673(ADC)

## MOTION FOR CLARIFICATION

COMES NOW, Christian Omar Marquez-Cruz, hereinafter Petitioner, requesting clarification as to what plea agreement is filed before this Honorable Court. Wherefore, Petitioner requests a copy. Petitioner also requests all fees be waived.

Executed this 13th day of January, 2022.

Christian Omar Marquez-Cruz
Reg. No. 51860-069
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

This motion was delivered to the prison mailing authorities on the same day as signed, in a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the District of Puerto Rico, Office of the Clerk at 150 Avenida Carlos Chardon, San Juan, Puerto Rico, 00918. Due to the ongoing pandemic at FCC Coleman Low, the prison is short staffed. Therefore, no one is available today to make copies of this motion. Cruz respectfully requests counsel for the United States be notified of this motion via CM/ECF.

Christian Omar Marquez-Cruz

TRULINCS 51860069 - MARQUEZ-CRUZ, CHRISTIAN OM - Unit: COL-B-C

---

## VERIFICATION

Pursuant to 28 U.S.C. Sec. 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

Christian Omar Marquez-Cruz